# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

IN THE MATTER OF:                                                                          CHAPTER 7

JUDY KATHERIN CROWE
and JOHN LARRY CROWE                               CASE NO. 04-03539-JEE

## RULE 3011 LIST
## OF UNCLAIMED FUNDS, CLAIMANTS, AND AMOUNTS

**COMES NOW**, Eileen N. Shaffer, Trustee, by and through her attorney, pursuant to 11 U.S.C. § 347 and Rules 3010(a) and 3011 FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants, and Amounts, to-wit:

| Claimant | Mailing Address | Amount |
|---|---|---|
| Schwartz & Associates | P. O. Box 3949, Jackson, MS 39207-3949 | $3,488.21 |

A true and correct copy of the check issued to Schwartz & Associates is attached hereto as Exhibit "A". The trustee's office left voice mail messages with Richard Schwartz's legal assistant on two different occasions requesting the check be presented for payment, as it would be void if outstanding for more than 90 days, or to call the trustee's office; however, the check was not deposited.

**WHEREFORE, PREMISES CONSIDERED**, Eileen N. Shaffer, Trustee, respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts be received and filed.

DATED: 2/28/07

Respectfully submitted,

CHAPTER 7 TRUSTEE

_____
EILEEN N. SHAFFER
Attorney for Trustee

EILEEN N. SHAFFER
MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006

## CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, Attorney for the Trustee, do hereby certify that I have this date mailed by United States Mail, postage prepaid, a true and correct copy of the above and foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts to the following:

> Schwartz & Associates
> P. O. Box 3949
> Jackson, MS 39207-3949
>
> United States Trustee
> 100 West Capitol Street
> Suite 706
> Jackson, MS  39269-1602

**SO CERTIFIED** this the ___ day of _____, 2007.

_____
EILEEN N. SHAFFER

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 17th Floor, New York, NY 10004

VOID AFTER 90 DAYS          1001
                             1-2/210
                             2148

| Case | Debtor |
|---|---|
| 04-03539 JEE | CROWE, JUDY KATHERIN |
| 3120999937865 | CROWE, JOHN LARRY |
| PER CT. ORD. 10/19/06 | |

TID #440040
EILEEN N. SHAFFER
401 EAST CAPITAL
SUITE 316
JACKSON MS 39201

Date    10/26/2006         $ *******3,488.21

~~~Three Thousand Four Hundred Eighty-Eight Dollars and 21/100

Pay to the
Order of   SCHWARTZ & ASSOCIATES
P.O. BOX 3949
JACKSON MS 39207-3949

**NON-NEGOTIABLE**

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW