_____

SO ORDERED,

*Edward Ellington*

Judge Edward Ellington
United States Bankruptcy Judge
Date Signed: June 11, 2015

The Order of the Court is set forth below. The docket reflects the date entered.
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
    JUDY KATHERIN CROWE                  CASE NO. 04-03539-EE
    JOHN LARRY CROWE
        DEBTORS.                                          CHAPTER 7

## ORDER DIRECTING PAYMENT
## OF FUNDS TO CREDITOR/CLAIMANT

On the Application for Order Directing Payment of Funds to Creditor/Claimant Pursuant to 11 U.S.C. Section 347 and 28 U.S.C. Sections 2041 *Et. Seq.* (the "Application") (Dkt. #54) of Schwartz & Associates (the "Claimant") in the above captioned case, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. §2042 *et. seq.* and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. §347 for the benefit of the Claimant be paid to the Claimant.

IT IS THEREFORE ORDERED that the funds held in the registry of the court for the benefit of Schwartz & Associates, in the amount of $3,488.21, shall be paid by the Clerk of Court to: Schwartz & Associates, c/o Dilks & Knopik, LLC, 35308 SE Center St., Snoqualmie, WA 98065-9216.

##END OF ORDER##